FILED
Oct 10 3 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM H. R. SWANSTROM & RUTH SWANSTROM | CIVIL ACTION NO.: 3:00CV2133 (GLG) |
| V. | |
| BRIDGET B. KEENE, BETTE R. BRENNAN | October 8, 2003 |

## MOTION FOR EXTENSION OF TIME

The Plaintiffs hereby request an day extension of time to and including November 10, 2003 within which to complete and submit settlement documentation on the grounds that the settlement involves numerous deeds, releases and other documentation to be executed by individuals located in several different states and that there remain one or two drafting issues to resolve. One of the plaintiffs has passed away, and it is necessary to have the documents executed by estate representatives. This is the fourth request directed to this time period. This motion is made with the consent of the defendants' counsel. In the alternative, the plaintiffs request that the court schedule a status conference in the matter.

THE PLAINTIFFS

By: _____
Jonathan D. Elliot - Federal Bar No. ct 05762
Kleban & Samor, P.C.
2425 Post Road
Southport, CT 06490
(203) 254-8969

Motion DENIED. It seems there is a debt that over a period of [illegible] can't be resolved [illegible] one must be able to [illegible]

Gerard L. Goettel, USDJ

FILED
Oct 22  3 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed this date, via first class mail, postage prepaid to:

Marc J. Grenier, Esq.
DePanfilis & Vallerie, LLC
25 Belden Avenue, P.O. Box 699
Norwalk, CT 06852-0699

                                                                   _____
                                                                   Jonathan D. Elliot