UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
May 25 04 PM '04
NEW DISTRICT COURT
HAVEN, CONN.

| | | |
|---|---|---|
| WILLIAM H. R. SWANSTROM<br>& RUTH SWANSTROM | : | CIVIL ACTION NO.: 3:00CV2133 (GLG) |
| V. | : | |
| BRIDGET B. KEENE,<br>BETTE R. BRENNAN | : | MAY 7, 2004 |

## STIPULATION OF DISMISSAL

The plaintiff and defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed to plaintiffs on their complaint, and the defendants on the counterclaim, with prejudice and without costs and/or attorney's fees to any party.

THE DEFENDANTS
BRIDGET B. KEENE
BETTE R. BRENNAN

By: _____
Marc J. Grenier, Esq.
DePanfilis & Vallerie, LLC
25 Belden Avenue, P.O. Box 699
Norwalk, CT 06852-0699
(203) 846-9585

THE PLAINTIFFS
WILLIAM H. R. SWANSTROM
RUTH SWANSTROM

By: _____
Jonathan D. Elliot (ct 05762)
Kleban & Samor, P.C.
2425 Post Road
Southport, Connecticut 06890
(203) 254-8969

Swanstrom/stipulation of dismissal 070703