```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT
```

Willaim R.  Swanstrom and Ruth Swanstrom

V.                                Case Number:  3:00cv 2133 (GL

Bridget B. Keene and Bette r. Brennan

**ORDER**

_____**Stipulation for Dismissal of Case** Doc. # **26** - **ORDERED ACCORDINGLY**


Dated at New Haven, Connecticut, May 25, 2004.


                        KEVIN F. ROWE, CLERK


                        By: _____
                            Rita Warner
                            Deputy Clerk